IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Craig Rock, Jr., an Arizona Resident,<br><br>Plaintiff,<br><br>v.<br><br>DISH Network Service L.L.C., a Colorado Corporation,<br><br>Defendant. | Case No. CV-23-01495-PHX-SRB<br><br>**ORDER GRANTING STIPULATION TO DISMISS AND COMPEL INDIVIDUAL ARBITRATION**<br><br>Assigned to the Hon. Susan R. Bolton |

The Court, having reviewed and considered the parties' Stipulation to Dismiss and Compel Individual Arbitration, and, finding good cause,

IT IS ORDERED that the First Amended Complaint be dismissed in its entirety, without prejudice.

IT IS FURTHER ORDERED that the parties submit their claims to arbitration on an individual, non-class basis.

Dated this 12th day of February, 2024.

_____
Susan R. Bolton
United States District Judge

1